# United States Court of Appeals
### For the Eighth Circuit

_____

No. 16-4285

_____

Eugene H. Mathison

*Plaintiff - Appellant*

v.

United States of America

*Defendant - Appellee*

_____

No. 16-4286

_____

Eugene H. Mathison

*Plaintiff - Appellant*

v.

United States of America

*Defendant - Appellee*

_____

Appeals from United States District Court
for the District of South Dakota - Sioux Falls

_____

Submitted: July 18, 2017
Filed: July 26, 2017
[Unpublished]

_____

Before COLLOTON, MURPHY, and KELLY, Circuit Judges.

_____

PER CURIAM.

In these consolidated cases, Eugene Mathison appeals following the district court's[1] denial of his petitions for coram nobis relief.  Upon careful review, we conclude that the district court properly denied relief.  See United States v. Camacho-Bordes, 94 F.3d 1168, 1173 (8th Cir. 1996) (standard of review; coram nobis writ should be granted only under circumstances compelling such action to achieve justice and to correct errors of most fundamental character); Azzone v. United States, 341 F.2d 417, 419-20 (8th Cir. 1965) (per curiam) (coram nobis petitioner not entitled to review of issues that were considered and resolved either on direct appeal or in 28 U.S.C. § 2255 motion).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota.